IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MEDIFAST OF GREAT NECK, INC., *
et al.
       Plaintiffs
                          *    CIVIL ACTION
v.
                          *    No.
JASON PHARMACEUTICALS, INC.,
et al.                   *    H-89-189
       Defendants       *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF DEPOSITION

TO:    Perry A. Hilbert, Jr., Esquire
        Todd A. Shein, Esquire
        Sosslau, Hertz, Segel & Hilbert
        7037-B Hanover Parkway
        Greenbelt, Maryland  20770

PLEASE TAKE NOTICE that the Defendant, Jason Pharmaceuticals, Inc., pursuant to the the terms and provisions of the Federal Rules of Civil Procedure, will take the deposition of DR. JAMES KOWALCZYK, upon oral examination before a Notary Public, or some other officer authorized to administer oaths, at the offices of Whitman and Ransom, 200 Park Avenue, New York, New York 10166, at 10:30 a.m. on Thursday, July 27, 1989, to continue from day to day until completed.

_____
George F. Pappas

_____
Thomas C. Valkenet

VENABLE, BAETJER and HOWARD
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland  21201
(301) 244-7730

Attorneys for Defendant
Jason Pharmaceuticals, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of July, 1989, a copy of the foregoing Notice of Deposition for Dr. James Kowalczyk was mailed, postage prepaid, to Perry A. Hilbert, Jr., Esquire and Todd A. Shein, Esquire, 7307-B Hanover Parkway, Greenbelt, Maryland 20770, Attorneys for Plaintiff.

_____
Thomas C. Valkenet

8567Q

-2-



R# 111195